**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 03-7333**

—————

NIAKAL JENKINS,

Petitioner - Appellant,

versus

WILLIE EAGLETON, Warden of Evans Correctional
Institution; HENRY DARGAN MCMASTER, a/k/a
Charles Condon, Attorney General of the State
of South Carolina,

Respondents - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Terry L. Wooten, District Judge.
(CA-02-2317-25BI)

—————

Submitted:  November 19, 2003        Decided:  December 4, 2003

—————

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Niakal Jenkins, Appellant Pro Se. William Edgar Salter, III, OFFICE
OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Niakal Jenkins seeks to appeal the district court's order dismissing his petition filed under 28 U.S.C. § 2254 (2000). The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Jenkins that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Jenkins failed to object to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Jenkins has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2